FILED

2016 DEC -7 PM 1:31

US DISTRICT COURT,
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNETICUT

| | |
|---|---|
| Plaintiff | Civil No: 3:16 cv 2006 (JCH) |
| V. | |
| Carson Wright, Correctional Facility Physician, Defendant | Date: November, 29, 2016 |

## Summary Of Complaint

1.) Plaintiff, Victor Smalls, brings this action, asserting deliberate indifference to a serious medical need by way of denial of access to a medical personel with the necessary specialized expertise. The Defendant has intentionally refused to refer plaintiff to a medical specialist for his serious medical need and continued to administer ineffective medicine to plaintiff, who perpetually suffers in pain. Plaintiff seeks injunctive relief and damages.

## Jurisdiction And Venue

2.) This court has subject jurisdiction over this action pursuant to 28 U.S.C. §1331 because this action

-1-

arises under the Constitution and laws of the United States and pursuant to 28 U.S.C § 1343(a)(3) because this action seeks redress of the deprivations of Constitutional rights under th color of state law.

3.) This Court has jurisdiction to grant injunctive relief pursuant to federal rules of Civil procedure 65.

## Parties

4.) Plaintiff, Victor Smalls, is a prisoner in the custody of the Conneticut Department of Corrections who is confined at Northern Correctional Institution, located at 287 Bilton Road, Somers, Conn. 06071.

5.) Defendant, Carson Wright is an institutional physician for Northern Correctional Institution. As such, he is responsible for providing physical health care and basic treatment to inmates confined at Northern Correctional Institution. At all relevant times, he was acting within the scope of his employment and under color of state law. He is being sued in his individual and official capacities.

## Statement of Facts

6.) As early as 2007, plaintiff has had cronic history

of back problems or trama.

7.) In July the plaintiff took a x-ray of his back where the resaults showed that the plaintiff had a frature in his spine. The X-Ray was taken July of 2016.

8.) In an inmate request form (CN 9601), plaintiff, on 8/31/16 complained to Northern Correctional Institutions medical unit directed to the defendant Carson Wright about extreme pain in his spine amongst other ailments.

9.) After having been in sustained pain and subsequently filing an Institutional grievance on 9/13/16; complaining for adequate and appropriate treatment of a M.R.I for back pains, plaintiff was finally seen by defendant Carson Wright on 9/20/16.

10.) However, defendant merely maintained the same course of treatment on 9/20/16 by increasing plaintiff's current medication of Elivil and Moltran, and also ordering a X-Ray for plaintiff.

11.) Defendant, in his response to plaintiff's grievance, IGP #11594, also denied plaintiff request for an M.R.I examination on his back.

12.) Despite the purposfully ineffectual care and failure

-3-

to adequatly examine the plaintiff's medical record before the defendants lack of adequate treatment. Caused the plaintiff to be affected by substantial back numbing or loss of sensation, near insomnia due to the constant pain.

13.) The plaintiff has trouble walking (E.g. tottering) most of the times, difficaulty with sitting straight up for long periods of time, depression or hopeless where plaintiff retreats to his bed without sleep and a sense of haunting anxiety for no prospective amelioration.

14.) Defendant has been deliborately indifferent to plaintiff's serious medical need stemming from an intermittent period of November 2010 to the present day.

## Count One

15.) The plaintiff incorporates the allegations in paragraphs 1 through 14 herein.

16.) Defendant Carson Wright violated the plaintiff's right to be free from cruel and unusual punishment under the Eighth Amendment to the United States Constitution inforceable via U.S.C §1983 by knowingly persisting in a course of treatment that is ineffective and that which left the plaintiff in sustained pain.

-4-

## Count Two

17.) The plaintiff incorporates the allegations in paragraphs 1 through 14.

18.) Defendant Carson Wright violated plaintiff's right to be free from cruel and unusual punishment under the Eigtith Amendment to the United States Constitution enforceable through 42 U.S.C. § 1983 by his failure to refer plaintiff to medical personel, e.g. back specialist, qualified to treat and exercise judgement about a particular medical problem. ~~to achieve the desired expert~~

19.) As a direct and proximate result of the violations committed by this defendant, plaintiff suffered the harm described herein.

### Exhaustion of Administrative Remedies

20.) Plaintiff has duly exhausted his institutional administrative remedies as required by 42 U.S.C § 1997, Prison Litigation Reform Act, with respect to this matter.

### Previous Lawsuits Filed

21.) Smalls v. Murphy, 3:12-cv-1142 (AVC), involved on

-5-

institutional restraint policy and was finalized by a consent agreement.

## Prayer For Relief

Wherefore, plaintiff respectfully prays for relief as follows:

22.) An Injunction ordering the defendant Carson Wright and/or his supervisors to send plaintiff to a qualified medical specialist who can adequately and percisely assess and treat plaintiff's back trama.

23.) An award of compensatory damages against defendant Carson Wright in his individual capacity.

24.) An award of punitive damages against defendant Carson Wright in his individual capacity.

25.) Reasonable cost's and attorney's fee's pursuant to 42 U.S.C § 1998.

26.) A jury trial.

27.) Such other relief as the court may deem just and proper.

-6-

*Victor C. Smalls*
Victor Smalls #344109